IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| OSCAR-DARCELL: WIGGINS, BENE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 622-039 |
| HAL J. LEITMAN; VANDERBUILT MORTGAGE AND FINANCE, INC; and ROUNTREE, LEITMAN & KLEIN, LLC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to timely effect service and abandonment of the case, and **CLOSES** this civil action.

SO ORDERED this 5th day of October, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA