AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OSCAR-DARCELL: WIGGINS, BENE,

    Plaintiff,

    v.

HAL J. LEITMAN; VANDERBUILT MORTGAGE AND FINANCE, INC.; ROUNDTREE, LEITMAN & KLEIN LLC,

    Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV622-39

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 5, 2022, the Report and Recommnedation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice and closes this case.



October 5, 2022  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020